UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

AARON KNOTT, ET AL                 CIVIL ACTION NO.: 6:23-cv-00401

VERSUS                                 JUDGE DAVID C. JOSEPH

UNITED WATER SYSTEM, INC., ET AL     MAG. JUDGE DAVID J. AYO

---

**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

---

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Aaron Knott, Michael Carruth, Karen Carruth, Christina Sonnier and Christine Olivier, individually and on behalf of the class certified in this matter for settlement purposes only, who move this Court for entry of an Order granting Final Approval of Class Action Settlement pursuant to FRCP 23(e), for the following reasons:

1. On January 7, 2025, plaintiffs' counsel and counsel for all defendants, United Water System, Inc., American Alternative Insurance Corporation and National Union Fire Insurance Company of Pittsburgh, PA, entered into a Settlement Agreement compromising all claims asserted on behalf of the proposed class in the above-captioned litigation. (Doc. 120-2).

2. Pursuant to FRCP 23(e), on January 22, 2025, Plaintiffs and Defendants jointly sought, among other things, preliminary approval of the Settlement Agreement on behalf of the proposed class and certification of the proposed class for settlement purposes only. (Doc. 120).

3. On January 27, 2025, this Court granted the parties *Joint Motion for Certification of the Class for Settlement Purposes Only, Preliminary Approval of Settlement, Appointment of*

*Claims Administrator, Approval of the Form and Manner of the Combined Class Certification Opt-Out and Settlement Notice, and Approval of Proof of Claim Form and Submission Deadline.* (Doc. 121).

4. In its Order granting Preliminary Approval, this Court approved a plan for Notice of the Settlement Agreement to be disseminated to the Class. (Doc. 121).

5. Pursuant to this Court's Order granting Preliminary Approval, plaintiffs' counsel effected notice to the class by direct mail and publication. (see Doc. 129: *Claims Administrator's Report on the Settlement Allocation and Distribution Plan* with attached Doc. 129-2: *Declaration of Brad Madden in Support of Final Settlement Approval*).

6. As was reported in the *Claims Administrator's Report on the Settlement Allocation and Distribution Plan,* only three (3) class members requested exclusion ("opted-out") from the Settlement Agreement, and no class members raised any objections to the Settlement Agreement. (Doc. 129)

7. The Settlement Agreement was the result of arm's length negotiations between plaintiffs' counsel and counsel for defendants, free from collusion;

8. All Plaintiffs' Counsel unanimously support the Settlement Agreement as fair, reasonable and adequate.

9. All Class Representatives unanimously support the Settlement Agreement as fair, reasonable and adequate.

10. All Defendants and their counsel unanimously support the Settlement Agreement as fair, reasonable and adequate.

11. Application of the *Reed* factors to the Settlement Agreement overwhelmingly supports grant of final approval (see plaintiffs' attached Memorandum in Support of Unopposed Motion for Final Approval filed herewith).

12. This Motion for Final Approval is not opposed by Defendants, their counsel, the Class Representatives and not a single objection to the settlement was received by the Claims Administrator. (see Doc. 129, et seq.: *Claims Administrator's Report on the Settlement Allocation and Distribution Plan*).

WHEREFORE, Plaintiffs, Aaron Knott, Michael Carruth, Karen Carruth, Christina Sonnier and Christine Olivier, individually and on behalf of the class certified in this matter for settlement purposes only, respectfully pray that this Court enter an Order granting Final Approval to the Settlement Agreement, and giving full force and effect to its terms, as more specifically set forth in the attached proposed Order.

Respectfully Submitted:

/s/ Gordon J. Schoeffler
**Gordon J. Schoeffler**
ATTORNEY AT LAW
730 JEFFERSON ST. (70501)
P.O. Box 4829
Lafayette, LA 70502
Phone 337-234-5505
gordon@gjslawoffice.com
*Co-Counsel for Plaintiffs*

/s/ Adam R. Credeur
Kenneth W. DeJean (No. 4817)
Adam R. Credeur (No. 35095)
Natalie M. DeJean (No. 32423)
**LAW OFFICES OF KENNETH W. DEJEAN**
417 West University Avenue (70506)
Post Office Box 4325
Lafayette, Louisiana 70502

(337) 235-5294 – Telephone
(337) 235-1095 – Fax
kwdejean@kwdejean.com
adam@kwdejean.com
natalie@kwdejean.com
*Co-Counsel for Plaintiffs*